7

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
- BROWNSVILLE DIVISION -

United States District Court
Southern District of Texas
ENTERED

MAR 3 1 2000

Michael N. Milby, Clerk of Court
By Deputy Clerk

| | | |
|---|---|---|
| TIMOTHY JASON BROOKS | § | |
| TDCJ # 99-1386, | § | |
|    Plaintiff-Petitioner, | § | |
| | § | |
| VS. | § | MISCELLANEOUS NO. B-00-004 |
| | § | |
| BEE COUNTY JAIL, ET AL. | § | |
|    Defendants-Respondents. | § | |

### ORDER

Timothy Jason Brooks ("Brooks") has filed a complaint pursuant to 42 U.S.C. § 1983 against the Bee County Jail complaining that the jail lacks a law library, does not have adequate medical coverage, and does not make accommodations for different religions and dietary needs.

Brooks was convicted in this court of possession of child pornography. Subsequent to the filing of his complaint, Brooks filed a Notice of Change of Address (Docket No. 6), so he is no longer confined in the Bee County Jail. He therefore no longer has standing to pursue his claim against Bee County, its jail or officials.

Brooks has also filed a Motion for Gag Order and Ordered Protective Custody (Docket No. 5). He is concerned that publicity about his propensities to possess child pornography could jeopardize his safety while he is incarcerated. He seeks a blanket gag order preventing television stations in Oklahoma City, Oklahoma, where he apparently has been convicted of other similar offenses, from discussing him or his case. This is clearly frivolous and would involve an unwarranted judicial violation of the First Amendment to the United States Constitution.

Brooks also seeks an order ordering that he be confined separately or with other prisoners who have committed similar crimes. Such an order would be an unwarranted interference by the court with the proper management of the penal institutions in which Brooks might be confined.

IT IS THEREFORE **ORDERED** that the Motion for Gag Order and Protective Custody be **DENIED**.

IT IS FURTHER **ORDERED** that Brooks' case be **DISMISSED** with prejudice.

DONE at Brownsville, Texas, this 31st day of March, 2000.

Filemon B. Vela
United States District Judge